IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| CODY WILLIAMS, | \* |
| Plaintiff, | \* |
| v. | \*  No. 4:22-cv-00078-JJV |
| KILOLO KIJAKAZI,<br>Acting Commissioner of the<br>Social Security Administration, | \* |
| Defendant. | \* |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 21st day of November 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE